IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHARLES M. SCHNEPP and HARRIETT A. SCHNEPP | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | 1:04-cv-01709-CFL |
| | § | |
| | § | JUDGE LETTOW |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFFS' VOLUNTARY STIPULATION OF DISMISSAL**

Charles M. Schnepp and Harriett A. Schnepp, after consultation with counsel, have agreed to voluntarily stipulate to dismiss the above styled and numbered cause of action pursuant to RCFC 41. This matter is not a class action and not subject to RCFC 23. There are no other parties that could or should be joined in this action.

Respectfully,

/s/ Thomas E. Redding

Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, TX 77018
713-965-9244
713-621-5227 (fax)
ATTORNEY FOR PLAINTIFFS